**IN THE UNITED STATES DISTRICT COURT`**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| MATT JOHNSON, PLUMBERS & STEAMFITTERS LOCAL NO. 43 HEALTH AND WELFARE FUND, and PLUMBERS & STEAMFITTERS LOCAL NO. 43 PENSION FUND, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:23-cv-00273 |
| v. | ) ) | Judge Trauger |
| CRANE NUCLEAR PFT CORP., CHRIS MITCHELL and the TENNESSEE VALLEY AUTHORITY | ) ) ) ) ) | |
| Defendants. | ) | |

---

**DEFENDANTS CRANE NUCLEAR PFT CORP.'S AND CHRIS MITCHELL'S
MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

---

Pursuant to the Agreed Protective Order, (Order, ECF No. 35), between Defendants Crane Nuclear PFT Corp. and Chris Mitchell ("Defendants") and Plaintiffs Matt Johnson, Plumbers & Steamfitters Local No. 43 Health and Welfare Fund, and Plumbers & Steamfitters Local No. 43 Pension Fund, Defendants' respectfully move the Court for leave to file certain documents under seal as follows:

1. Exhibit A to Defendants Response in Support of Their Motion for Partial Summary Judgment.

Pursuant to § 5.07 of the Middle District of Tennessee's User Manual for the ECF System, this document will be filed by separate entry as "Sealed Documents" to await the Court's determination whether such documents should continue to be treated as confidential.

1

Respectfully submitted,

*/s/ Sarah V. Belchic*
Sarah V. Belchic (Bar No. 0037500)
LITTLER MENDELSON, P.C.
333 Commerce Street, Suite 1450
Nashville, TN 37201
615.383.3033 (phone)
615.383.3323 (fax)
sbelchic@littler.com

Sarah Bryan Fask (PA BPR 306549)
(*admitted pro hac vice*)
LITTLER MENDELSON, P.C.
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102
267.402.3000
sfask@littler.com

*Counsel for Defendants*
*Crane Nuclear PFT Corp. and Chris Mitchell*

2

## CERTIFICATE OF SERVICE

I hereby certify on December 19, 2024, the foregoing was filed electronically through the ECF system, is available for viewing and downloading from the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filings, including Defendants' counsel of record as follows:

Karla M. Campbell
R. Jan Jennings
Michael Iadevaia
Stranch, Jennings & Garvey, PLLC
223 Rosa L. Parks Avenue Suite 200
Nashville, TN 37203
kcampbell@stranchlaw.com
jjennings@stranchlaw.com
miadevaia@stranchlaw.com

and

Cameron Hill
Baker Donelson
633 Chestnut St #1900
Chattanooga, TN 37450
chill@bakerdonelson.com

Louis J. Cannon, Jr.
Baker Donelson (MD)
100 Light Street, 19th Floor
Baltimore, MD 21202
lcannon@bakerdonelson.com

/s/ Sarah V. Belchic
Sarah V. Belchic